# United States District Court
## District Of Connecticut

Thomas L. Caves # 387020   |   Case No: 3:20-CV-15 (KAD)

Plaintiff,

-V-

Payne, et al...

Defendants

Date: 4-15-2020

SCANNED at
and Emailed
4/15/20 by ~ . 9 pages
date   initials   No.

## Motion To Alter Or Amend A Judgement

Pursuant to rule 59(2)(e) of the Fed. R. Civ. P., Plaintiff Submitts this motion to alter or amend a judgement that was made in the initial review order in this case Dismissing the first amendment retaliation claims against defendants Payne, Dawson, and Cusiak, and all other claims against Cusiak. The Plaintiff Attaches a memorandum of law with attachments to support the facts of this motion and complaint:

1.) There was a casual connection between the Protected Speech and adverse action taken. The Plaintiff never would of went to Seg without the facebook Post, since there was never a charge against him, Just Post.

2.) The claim Should have been Sufficient for Initial Review

3.) The reason for Dismissal and cases used do not apply to the Plaintiffs Complaint.

    Wherefore, Court Should allow dismissed Claims to Proceed.

4-15-2020
Date

Thomas L. Caves
Thomas L. Caves # 387020
986 Norwich-NC TPKe
Uncasville CT 06382

-1-



# Certification

I hereby certify that on 4-15 , 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the courts electronic filing system. Parties may access this filing through the courts system.

Assistant Attorney General
110 Sherman Street
Hartford CT 06105

BY _____

Thomas L. Caves # 387020
Plaintiff Pro Se
986 Norwhich-NL TPke
Uncasville CT 06382



# United States District Court
## District Of Connecticut

Thomas L. Caves #387020   | Case No: 3:20-cv-15 (KAD)

Plaintiff,

-V-

Payne, et al.,

Defendants        | Date: 4-15-2020

## Memorandum Of Law In Support Of Motion To Alter or Amend A Judgement

### Statement of Case

This is a Civil Rights action brought under 42 U.S.C §1983, Plaintiff was Confined to segregation for over a year based on facebook Post and false SRG membership, Plaintiff invokes a Substantive Due Process Claim, Procedural due Process, First amendment for religious and retaliation for speech. retaliation claims were dismissed upon Initial Review Order.

### Statement of facts

As stated in Plaintiff's verified Complaint Doc. No. 7 ¶15, the Plaintiff was questioned about facebook Post while a free member of Society. The Plaintiff was brought to segregation without any charge against him, because of Pending SRG Designation. ¶Id. ¶19. Plaintiff was subjected to a hearing in less than 24 hours with No chance to be heard Infront of a biased DHO. Id ¶ ¶ ¶ 20,21,22. After Plaintiff explained His Post are not a reflection of Gang activity and was at risk for more assaults, Defendant Papoosha said "Well if you post stupid gang stuff then you'll go to a gang unit" Id ¶ 28. defendants denied Plaintiff due Process, time to excercise, or Practice his religion. Plaintiff prays this Court allow retaliation to First amendment claims to Proceed.

1-



## Arguement
### Point 1
#### There was a Casual Connection between Speech and adverse action

The honorable Kari A Dooley in her initial review order Doc. No. 9 stated that Plaintiff successfully alleged the first and second element in a first amendment retaliation claim. (1) that the speech or conduct at issue was protected, (2) that the defendant took adverse action against the Plaintiff, but as for the (3) that there was a casual connection between the speech and adverse action was not properly established. The fact that the Plaintiff was brought to Segregation and confined to conditions for over a year for the sole post on social media should have satisfied as it did in _Kelly v. Santiago,_ Doc. No. 3:18-cv-1746 (VAB), 2019 WL 3574631, at *4-6 (D.Conn. Aug. 6, 2019)(finding a plausible retaliation claim against prison officials who placed a pretrial detainee in segregation based on social media post); _Scozzari V. Santiago,_ No. 3:19-cv-00229(JAM), 2019 WL 1921858, at *4 (D.Conn. Apr. 29, 2019)(same). In this case the Plaintiff was brought to Segregation for facebook post that were rap lyrics (of other users), filters, emojis, letters, and numbers. No violation of any rule or violation Doc. No. 7 ¶ 19. The Plaintiff was found guilty at his hearing, even without a disciplinary charge, for facebook post. Id ¶ 21, which means confinement to SRG for solely post on facebook. There can be little doubt that maintaining a prisoner in weeks of lockdown status for retalitory reasons would be sufficiently adverse for purposes of a constitutional retaliation claim, See, e.g. _Manon v. Hall,_ 2015 WL 8081945, at *8 (D. Conn, 2015). The Honorable Kari A Dooley stated in Initial review that "Caves" designation was not made to punish him for posting on social media or to deter him from doing so in the future." Plaintiff disagrees. The Department of Correction - Defendants - are

-7-

doing just that. By defendants subjecting the Plaintiff to segregation for facebook post and using facebook post to initiate prolonged segregation without charging the Plaintiff with a Discipline infraction is saying "You will be punished for pre incarcerated post". In the D.o.c. to be charged with a Infraction such as a Security Risk Group membership you have to break a prison rule concerning the infraction. Since the Plaintiff never broke a rule or was charged the adverse action was taken because of the speech. The honorable Kari A Dooley further states that "the use of social media post and Caves' own statements therein, is no different than if Caves announced upon his arrival at the facility that he was a gang member and the defendants used those statements to designate him to the SRG unit". That should not be considered true because a self admission upon arrival is a threat to security and safety, and a post of Tsu suffs "Bars on I-95" "Copped a new watch just cant Get the time back" are tremendously different. The DOC is using lyrics and filters to segregate people and manipulate vanacular to subject people to SRG. In Hayes V. Santiago, No: 3:18-CV-01758 (JAM), 2018 WL 5156494 (D. conn. 2018) Hayes' claims for retaliation was allowed to proceed at initial stages, and it was stated that defendants are free to argue against it in future stages. The defendants can make an-i defense in future stages but for initial purposes when no defenses have been stated the retaliation claim should proceed. The defendants are suppressing and limiting what can be said on facebook by using segregation to deter future post, Government "may not suppress lawful speech as the means to suppress unlawful speech" Ashcroft V. Free Speech Coalition, 535 u.s. at 255, 122 S.Ct, 1359, Plaintiffs speech was lawful.

## Point II

### The reason for Dismissal and cases do not apply to Plaintiff's Complaint

The honorable Kari A. Dooley cited Wisconsin v. Mitchell, 508 U.S. 476, 489 (1993) which stated "The first amendment... does not prohibit the evidentiary use of speech to establish elements of a crime or to prove motive or intent." Also United States v. Pierce, 785 F.3d 832, 841 (2d Cir. 2015) (admission of rap lyrics and tattoo images in gang trial does not violate First amendment; "This challenge is meritless... because here the speech is not itself the proscribed conduct. The speech was not the basis for prosecution, but instead it was used to establish the existence of, and [the defendant's] participation in, the alleged RICO enterprise.") (internal quotation mark and citation omitted) These cases are to prove or use as evidence in cases where charges are pending unlike the Plaintiff's, and on the contrary to United States v. Pierce the speech was the proscribed conduct and the basis for the hearing against the Plaintiff. It wasn't like the Plaintiff was charged and facebook was evidence used against him to prove allegations but instead facebook was the basis for a segregation placement. In the cases cited the criminal court used statements of users own words against them. In the Plaintiffs case he copied other rappers lyrics, used a filter provided by facebook, clothing sayings, and emojis. None of which was at his creation.

## Point III

### Claims against Cusiak (Defendant) were unclear

It is unclear if the claims against defendant Cusiak are dismissed or allowed to proceed as far as due process is concerned. The Plaintiff alleged that he was found guilty by defendant

Cusick and unable to utilize a advocate, witness, and be heard or present a defense, less than 24 hour notice, and Cusick was biased. Doc. No ¶ ¶ ¶ ¶ 20,21,22, these claims should have Proceeded but Plaintiff is aware that they are unaddressed in the Initial Review order.

Attached to this memorandum is a Declaration of a Prisoner who was given a Disciplinary report because of facebook Post. ¶ 1, This Proves Defendants retaliate against facebook Post and Pick and choose who they Give "tickets" to; Thus defendants Know what they are doing and are trying anyway to get around it.

## Conclusion

The Plaintiffs First amendment Retaliation claim should be allowed to Proceed against Payne, Dawson, and Cusick, and all defendants, and due Process claims against Cusick should Proceed. Please grant this motion in its entirety.

4-15-2020
Date

Thomas L. Caves

Thomas L. Caves # 387020
986 Norwich-NL TPke
Uncasville Ct 06382



# Attachment 1

Declaration of Jonathan Orellano

# Write-in List - Male

| Item # | | Item Description | Size | Price | Item # | | Item Description | Size | Price |
|--------|-----|------------------|------|-------|--------|-----|------------------|------|-------|
| 1117 | LOC | Boxer Briefs, 3pk ** | S | $ 11.02 | 501 | | Tube Socks, 1 pr | | $ 1.03 |
| 1118 | LOC | Boxer Briefs, 3pk ** | M | $ 11.02 | 536 | LOC | Crew Socks, 1 pr. King Size ** | 12+ | $ 1.13 |
| 1119 | LOC | Boxer Briefs, 3pk ** | L | $ 11.02 | 509 | | Lo-Cut Socks 3pk ** | | $ 6.13 |
| 1120 | LOC | Boxer Briefs, 3pk ** | XL | $ 11.02 | 421 | | Athletic Supporter 32-34 ** | M | $ 4.67 |
| 1121 | LOC | Boxer Briefs, 3pk ** | 2X | $ 13.20 | 422 | | Athletic Supporter 36-38 ** | L | $ 4.67 |
| 447 | LOC | Boxers 4pk, 28-30 ** | S | $ 13.94 | 423 | | Athletic Supporter 40-42 ** | XL | $ 4.67 |
| 448 | LOC | Boxers 4pk, 32-34 ** | M | $ 13.94 | 424 | | Sweatpants ** | S | $ 8.94 |
| 449 | LOC | Boxers 4pk, 36-38 ** | L | $ 13.94 | 430 | | Sweatpants ** | M | $ 8.94 |
| 450 | LOC | Boxers 4pk, 40-42 ** | XL | $ 13.94 | 431 | | Sweatpants ** | L | $ 8.94 |
| 451 | LOC | Boxers 3pk, 44-46 ** | 2X | $ 12.25 | 432 | | Sweatpants ** | XL | $ 8.94 |
| 452 | LOC | Boxers 2pk, 50-52 ** | 3X | $ 11.12 | 433 | | Sweatpants ** | 2X | $ 15.60 |
| 453 | LOC | Boxers 2pk, 54-56 ** | 4X | $ 11.12 | 434 | | Sensodyne Sweatpants ** | 3X | $ 17.10 |
| 454 | LOC | Boxers 2pk, 58-60 ** | 5X | $ 11.12 | 435 | | Sweatpants ** | 4X | $ 17.10 |
| 455 | LOC | Boxers 2pk, 62-64 ** | 6X | $ 12.58 | 436 | | Sweatpants ** | 5X | $ 17.10 |
| 548 | LOC | Boxers 1pk ** | 7X | $ 5.53 | 437 | | Sweatpants ** | 6X | $ 17.10 |
| 549 | LOC | Boxers 1pk ** | 8X | $ 5.53 | 438 | | Sweatshirt ** | S | $ 8.45 |
| 456 | LOC | Briefs 3pk, 28-30 ** | S | $ 6.02 | 439 | | Sweatshirt ** | M | $ 8.45 |
| 457 | LOC | Briefs 3pk, 32-34 ** | M | $ 6.02 | 440 | | Sweatshirt ** | L | $ 8.45 |
| 458 | LOC | Briefs 3pk, 36-38 ** | L | $ 6.02 | 441 | | Sweatshirt ** | XL | $ 8.45 |
| 459 | LOC | Briefs 3pk, 40-42 ** | XL | $ 6.02 | 442 | | Sweatshirt ** | 2X | $ 12.15 |
| 460 | LOC | Briefs 3pk, 44-46 ** | 2X | $ 9.87 | 443 | | Sweatshirt ** | 3X | $ 12.15 |
| 461 | LOC | Briefs 3pk, 50-52 ** | 3X | $ 9.87 | 444 | | Sweatshirt ** | 4X | $ 12.15 |
| 462 | LOC | Briefs 2pk, 54-56 ** | 4X | $ 11.22 | 445 | | Sweatshirt ** | 5X | $ 12.15 |
| 463 | LOC | Briefs 2pk, 58-60 ** | 5X | $ 11.22 | 446 | | Sweatshirt ** | 6X | $ 23.29 |
| 464 | LOC | Undershirt 3pk, 34-36 ** | S | $ 8.52 | 489 | | Mesh Gym Shorts, Gray ** | S | $ 10.21 |
| 465 | LOC | Undershirt 3pk, 38-40 ** | M | $ 8.52 | 490 | | Mesh Gym Shorts, Gray ** | M | $ 10.21 |
| 466 | LOC | Undershirt 3pk, 42-44 ** | L | $ 8.52 | 491 | | Mesh Gym Shorts, Gray ** | L | $ 10.21 |
| 467 | LOC | Undershirt 3pk, 46-48 ** | XL | $ 8.52 | 492 | | Mesh Gym Shorts, Gray ** | XL | $ 10.21 |
| 468 | LOC | Undershirt 3pk, 50-52 ** | 2X | $ 11.95 | 493 | | Mesh Gym Shorts, Gray ** | 2X | $ 11.83 |
| 469 | LOC | Undershirt 3pk, 54-56 ** | 3X | $ 11.95 | 494 | | Mesh Gym Shorts, Gray ** | 3X | $ 13.78 |
| 470 | LOC | Undershirt 2pk, 58-60 ** | 4X | $ 12.99 | 495 | | Mesh Gym Shorts, Gray ** | 4X | $ 15.78 |
| 471 | LOC | Undershirt 2pk, 62-64 ** | 5X | $ 13.93 | 496 | | Mesh Gym Shorts, Gray ** | 5X | $ 18.13 |
| 472 | LOC | Undershirt 2pk, 66+ ** | 6X | $ 13.93 | 550 | | Mesh Gym Shorts, Gray ** | 6X | $ 15.80 |
| 780 | LOC | Tee Shirt 1pk ** | S | $ 3.64 | 1551 | | Fleece Gym Shorts, Gray ** | 7X | $ 12.78 |
| 781 | LOC | Tee Shirt 1pk ** | M | $ 3.64 | 520 | | Botany 500 Pajamas ** | S | $ 17.57 |
| 782 | LOC | Tee Shirt 1pk ** | L | $ 3.64 | 521 | | Botany 500 Pajamas ** | M | $ 17.57 |
| 783 | LOC | Tee Shirt 1pk ** | XL | $ 3.64 | 522 | | Botany 500 Pajamas ** | L | $ 17.57 |
| 784 | LOC | Tee Shirt 1pk ** | 2X | $ 5.66 | 523 | | Botany 500 Pajamas ** | XL | $ 17.57 |
| 785 | LOC | Tee Shirt 1pk ** | 3X | $ 7.21 | 524 | | Botany 500 Pajamas ** | 2X | $ 18.40 |
| 786 | LOC | Tee Shirt 1pk ** | 4X | $ 7.21 | 525 | | Botany 500 Pajamas ** | 3X | $ 18.40 |
| 787 | LOC | Tee Shirt 1pk ** | 5X | $ 7.21 | 526 | | Botany 500 Pajamas ** | 4X | $ 18.40 |
| 788 | LOC | Tee Shirt 1pk ** | 6X | $ 7.21 | 527 | | Botany 500 Pajamas ** | 5X | $ 21.21 |
| 535 | LOC | Tee Shirt 1pk ** | 8X | $ 7.88 | 502 | | Baseball Cap, Cotton ** | | $ 6.65 |
| 473 | LOC | Thermal Pants, 30-32 ** | S | $ 4.88 | 504 | | White Shoe Laces ** | | $ 0.91 |
| 474 | LOC | Thermal Pants, 34-36 ** | M | $ 4.88 | 505 | | Black Shoe Laces ** | | $ 0.91 |
| 475 | LOC | Thermal Pants, 38-40 ** | L | $ 4.88 | 425 | | Chess Set ** | | $ 4.19 |
| 476 | LOC | Thermal Pants, 42-44 ** | XL | $ 4.88 | 426 | | Checker Set ** | | $ 3.48 |
| 477 | LOC | Thermal Pants, 46-48 ** | 2X | $ 6.54 | 427 | | Dominoes ** | | $ 2.94 |
| 478 | LOC | Thermal Pants, 50-52 ** | 3X | $ 6.54 | 73 | | Uno Cards ** | | $ 8.04 |
| 479 | LOC | Thermal Pants, 54-56 ** | 4X | $ 9.87 | 320 | LOC | Sensodyne Toothpaste | | $ 6.24 |
| 480 | LOC | Thermal Pants, 58-60 ** | 5X | $ 13.10 | 391 | LOC | Sunblock SPF-30** | | $ 3.12 |
| 481 | LOC | Thermal Shirt, 34-36 ** | S | $ 4.88 | 1113 | LOC | Reading Glasses 1.50% ** | | $ 1.19 |
| 482 | LOC | Thermal Shirt, 38-40 ** | M | $ 4.88 | 1114 | LOC | Reading Glasses 2.00% ** | | $ 1.19 |
| 483 | LOC | Thermal Shirt, 42-44 ** | L | $ 4.88 | 1115 | LOC | Reading Glasses 2.50% ** | | $ 1.19 |
| 484 | LOC | Thermal Shirt, 46-48 ** | XL | $ 4.88 | 1116 | LOC | Reading Glasses 3.25% ** | | $ 1.19 |
| 485 | LOC | Thermal Shirt, 50-52 ** | 2X | $ 6.54 | 902 | | Y-Adapter** | | $ 3.74 |
| 486 | LOC | Thermal Shirt, 54-56 ** | 3X | $ 6.54 | 906 | | Mono/Stereo Adapter** | | $ 2.18 |
| 487 | LOC | Thermal Shirt, 58-60 ** | 4X | $ 9.87 | 903 | | Head Phone Extension** | | $ 4.05 |
| 488 | LOC | Thermal Shirt, 62-64 ** | 5X | $ 13.10 | 3010 | | Miswak Stick**-limit 3 per week | | $ 1.43 |
| | | | | | 907 | LOC | AAA Batteries**-limit 1 per week | | $ 2.40 |

Declaration of Jonathan Orellano

I, Jonathan Orellano #388420, choose no age of 18 competent and willing to testify swear to the following facts:

1) My freedom of speech was violated because of a facebook posted and I was given a class A discipline report because of it

2) In Corrigan SRG, I have been unable to attend or have any religious services

3) In Corrigan SRG, you are not allowed to exercise at recreation except for the one 45 minute gym rec a week. Due to facility operations you do not get your gym rec every week.

4) In Corrigan SRG due to policy and procedure medical services is significally delayed, when I write a request for sick call sometimes I dont get seen for 2-3 weeks.

5) In Corrigan SRG I was forced to live with a "rival affiliation" despite safety concerns of active wars, beefs, and conflicts occuring

Pursuant to 28. U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct

Jonathan Orellano #388420
4/10/20

986 Norwich-Newbrain Tpke, Carrigon CC
Uncasville Ct, 06382